Matthew F. Archbold (CA SBN 210369)
e-mail: matthew@yourlaborlawyers.com
David D. Deason (SBN 207733)
e-mail: david@yourlaborlawyers.com
DEASON & ARCHBOLD
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647
Telephone: (949) 794-9560

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFRONIA

| | |
|---|---|
| VICTOR SPIKES, and VICTOR SPIKES, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> THE BUILDER, INC., a California Corporation; CHARLES RAY BEARD, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 18-cv-02075 JAM (CKD) <br><br> **ORDER OF DISMISSAL** <br><br> [Federal Rule of Civil Procedure 41] |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The stipulation concurrently filed herewith is accepted and made the order of |
| 3 | the Court. The above-captioned action is hereby dismissed in its entirety, with |
| 4 | prejudice. |
| 5 | |
| 6 | DATED: April 12, 2019         /s/ John A. Mendez_____ |
| 7 |                               HON. JOHN A. MENDEZ |
|   |                               United States District Court Judge |